## ANONYMOUS.

### IN EJECTMENT.

This Court will not make a rule on the lessor of the plaintiff to pay costs on a judgment on nonpros. against him for refusing to join in the consent rule.

Judgment of nonpros. having been ordered because the lessor of the plaintiff refused to join in the consent rule, *Vanarsdale* for the tenant, moved for a rule on the lessor to pay costs. He urged the reasonableness of the claim and read the case of *Jackson* v. *Stiles*, 1 *Cowen,* 166. He admitted that he knew no instance here in which such rule had been made nor did he know any case in which it had been refused after argument. *Mr. R. Stockton,* on inquiry from the court, stated that he knew no instance in which costs had been allowed.

BY THE COURT.—Inasmuch as costs are not allowed by the English practice, and have not so far as we know or can

learn been in any case allowed in this court, we are not. warranted in granting the rule, however reasonable we may think the demand, The principle on which the costs were ordered by the Supreme Court of New York, a practice which had long prevailed, forbids them here.